UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ROBIN BUNLEY | * | CIVIL ACTION |
| --- | --- | --- |
| VERSUS | * | NO: 06-2941 |
| JOHNNIE JONES, WARDEN | * | SECTION: "D"(6) |

## O R D E R

Having considered the Petition of Robin Bunley, the Report and Recommendation of the United States Magistrate Judge (Doc. No. 13), Petitioner Bunley's Objection to the Report and Recommendation (Doc. No. 14), the record, and the applicable law, the court first **CORRECTS** a typographical error on page two of the Report and Recommendation which cited Louisiana's second degree murder statute as "La. R.S. 14:430.1." The correct citation to Louisiana's second degree murder statute is "La. R.S. 14:30.1" and the Magistrate Judge's Report and Recommendation is thus modified to reflect the correct citation. The court further **APPROVES** the Magistrate Judge's Report and Recommendation, *as modified*, and **ADOPTS** it as its own opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Petition of Robin Bunley for issuance of a writ of habeas corpus under 28 U.S.C. §2254, be and is hereby **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this **31st** day of **August**, **2009**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

2